IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSEMARIA MCNEIL SAMPSON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 05-6414 |
| THE SCHOOL DISTRICT OF LANCASTER, | : | |
| ET AL. | : | |

**<u>ORDER</u>**

AND NOW, this <u>12th</u> day of June, 2009, upon consideration of the Motion for Summary Judgment of Defendants School District of Lancaster, Rita Bishop, Curt Baker, and Robert Bourdeaux (Doc. No. 60), and all documents submitted in support thereof and in opposition thereto, it is ORDERED as follows:

1. The Motion is GRANTED with respect to Counts I, III and V.

2. The Motion is DENIED with respect to Count VI.

3. Plaintiff's Title VII retaliation claim against Defendant Rita Bishop in her official capacity is DISMISSED as redundant of Plaintiff's Title VII retaliation claim against the District of Lancaster.

4. Defendants Rita Bishop, Curt Baker, and Robert Bourdeaux are DISMISSED from this action.

5. The Motion is GRANTED with respect to Plaintiff's claim of punitive damages for violation of Count VI.

IT IS SO ORDERED.

BY THE COURT:

/s/ R. Barclay Surrick
U.S. District Judge